IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Macon, Terry | Case Number: 07 B 17237 |
|---|---|---|
| | Macon, Alanna N | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | Filed: 9/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 567.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 536.85 |
| Trustee Fee: |  | 30.65 |
| Other Funds: |  | 0.00 |
| Totals: | 567.50 | 567.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 536.85 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 26,213.00 | 0.00 |
| 4. | Balaban Furniture Ltd | Secured | 400.00 | 0.00 |
| 5. | Consumer Portfolio Services | Secured | 20,119.12 | 0.00 |
| 6. | Monterey Financial Services | Unsecured | 18.23 | 0.00 |
| 7. | Triad Financial Services | Unsecured | 154.69 | 0.00 |
| 8. | Dakota State Bank | Unsecured | 56.17 | 0.00 |
| 9. | Heights Finance Corp | Unsecured | 214.77 | 0.00 |
| 10. | AIS Services | Unsecured | 31.38 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 91.60 | 0.00 |
| 12. | Galway Financial Service | Unsecured | 58.50 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 57.75 | 0.00 |
| 14. | Midland Credit Management | Unsecured | 139.72 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 57.92 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 58.50 | 0.00 |
| 17. | Balaban Furniture Ltd | Unsecured | 340.73 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | 31.79 | 0.00 |
| 19. | Americash Loans | Unsecured | 139.91 | 0.00 |
| 20. | American Loans LLC | Unsecured | 36.02 | 0.00 |
| 21. | Illinois Lending Corporation | Unsecured | 247.83 | 0.00 |
| 22. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 23. | Internal Revenue Service | Priority | | No Claim Filed |
| 24. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 25. | Illinois Dept of Revenue | Priority | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** | Macon, Terry | Case Number: 07 B 17237 |
|---|---|---|
| | Macon, Alanna N | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | Filed: 9/21/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 27. | Children's Place | Unsecured | | No Claim Filed |
| 28. | Allied Interstate | Unsecured | | No Claim Filed |
| 29. | Aspen | Unsecured | | No Claim Filed |
| 30. | Bally's Health Club | Unsecured | | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 32. | Bernard Bryan | Unsecured | | No Claim Filed |
| 33. | Credit Management Co. | Unsecured | | No Claim Filed |
| 34. | Tribute | Unsecured | | No Claim Filed |
| 35. | Medical Collections | Unsecured | | No Claim Filed |
| 36. | Imagine | Unsecured | | No Claim Filed |
| 37. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 38. | Rs Clarke | Unsecured | | No Claim Filed |
| 39. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 40. | Salute Visa | Unsecured | | No Claim Filed |
| 41. | ADP | Unsecured | | No Claim Filed |
| 42. | Nicor Gas | Unsecured | | No Claim Filed |
| 43. | Unifund Corporation | Unsecured | | No Claim Filed |

$ 51,960.63         $ 536.85

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 30.65 |

$ 30.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_